United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 14-14069-jkf
Dmitriy Kozlov                                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey              Page 1 of 2              Date Rcvd: Dec 28, 2016
                       Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2016.
13437803       +Bank of New York Mellon,   c/o Select Portfolio Servicing, Inc.,   3815 South West Temple,
                 Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
                agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      DANIELLE  BOYLE-EBERSOLE    on behalf of    Bank of New York Mellon, fka The Bank of New York as
                Trustee on behalf of the holders of the Alternative Loan Trust 2005-56 Mortgage Pass-Through
                Certificates, Series 2005-56 debersole@hoflawgroup.com, bbleming@hoflawgroup.com
      JASON BRETT SCHWARTZ    on behalf of Creditor    Bank of America, N.A. jschwartz@mesterschwartz.com,
                jottinger@mesterschwartz.com
      JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
      JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
                chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
      JILL  MANUEL-COUGHLIN    on behalf of Creditor    The Bank Of New York Mellon, Et al.
                jill@pkallc.com,   chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
                bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
      KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
                as trustee, on behalf of the holders of the Alternative Loan Trust 2005-59, Mortgage
                Pass-Through Certificates, Series 2005-59 amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
                as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA19, Mortgage Pass
                Through Certificates Series 2006-OA19 amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
                as trustee, on behalf of the holders of the Alternative Loan Trust 2005-76, Mortgage
                Pass-Through Certificates Series 2005-76 amps@manleydeas.com
      MARIO J. HANYON    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
      MARIO J. HANYON    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
                TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE  HOLDERS OF THE CWALT INC. ALTER-NATIVE LOAN TRUST
                2005-59, MORTGAGE PASS THROUGH CERTIFICATES, SERIE paeb@fedphe.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
                York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-59, Mortgage
                Pass-Through Certificates, Series 2005-59 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
                York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-76, Mortgage
                Pass-Through Certificates Series 2005-76 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
                York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA19, Mortgage
                Pass Through Certificates Series 2006-OA19 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
      MICHAEL ADAM COHEN    on behalf of Debtor Dmitriy  Kozlov mcohen1@temple.edu
      ROZALYN  LANDISBURG    on behalf of Debtor Dmitriy  Kozlov lrozalyn7345@yahoo.com,
                lawyer.mc@gmail.com

```
District/off: 0313-2          User: Stacey              Page 2 of 2            Date Rcvd: Dec 28, 2016
                              Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        STEPHEN M HLADIK    on behalf of    Bank of New York Mellon, fka The Bank of New York as Trustee on behalf of the holders of the Alternative Loan Trust 2005-56 Mortgage Pass-Through Certificates, Series 2005-56 shladik@hoflawgroup.com, debersole@hoflawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

        TOTAL: 20

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-14069-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Dmitriy Kozlov
749 Magee Avenue
Philadelphia PA 19111

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/28/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: Bank of New York Mellon, c/o Select Portfolio Servicing, Inc., 3815 South West Temple, Salt Lake City, UT 84115 | Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/30/16

Tim McGrath
**CLERK OF THE COURT**