# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 14-14069-JKF

Dmitriy Kozlov

749 Magee Avenue

Philadelphia, PA 19111

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    Dmitriy Kozlov

    749 Magee Avenue

    Philadelphia, PA 19111

Counsel for debtor(s), by electronic notice only.

    ROZALYN LANDISBURG ESQ
    2113 SNYDER AV

    PHILADELPHIA, PA 19145-

Date: 2/21/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee