# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dmitriy Kozlov<br>　　　　　　Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, National Association, its successors and/or assigns<br>　　　　　　Movant<br>　　vs.<br>Dmitriy Kozlov<br>　　　　　　Debtor | NO. 14-14069 JKF |
| William C. Miller Esq.<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion for Relief from Stay of JPMorgan Chase Bank, National Association, which was filed with the Court on or about **September 19, 2016**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Thomas I. Puleo, Esquire**
　　　　　　　　　　　　　　　　　　Thomas I. Puleo, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

March 3, 2017