**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| **DMITRIY KOSLOV** | : | **BK. No. 14-14069 JKF** |
| **Debtors** | : | |
| | : | **Chapter No. 13** |
| **BAYVIEW LOAN SERVICING, LLC** | : | |
| **Movant** | : | |
| **v.** | : | |
| **DMITRIY KOSLOV** | : | |
| **Respondents** | : | |

**PRAECIPE TO WITHDRAW THE NOTICE OF MORTGAGE PAYMENT CHANGE**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the Notice of Mortgage Payment Change, filed on March 3, 2017, Claim 4.

Respectfully submitted,

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

March 21, 2017

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| **DMITRIY KOSLOV** | : | **BK. No. 14-14069 JKF** |
| **Debtors** | : | |
| | : | **Chapter No. 13** |
| **BAYVIEW LOAN SERVICING, LLC** | : | |
| **Movant** | : | |
| **v.** | : | |
| **DMITRIY KOSLOV** | : | |
| **Respondents** | : | |

## CERTIFICATE OF SERVICE OF THE PRAECIPE TO WITHDRAW
## THE NOTICE OF MORTGAGE PAYMENT CHANGE

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Praecipe to Withdraw the Notice of Mortgage Payment Change on the parties at the addresses shown below or on the attached list on March 21, 2017.

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
Philadelphia, PA 19107

TATYNA PETROSOV
749 MAGEE AVENUE
PHILADELPHIA, PA 19111

MICHAEL A.COHEN, ESQUIRE
2113 SNYDER AVE.
PHILADELPHIA, PA 19145

DMITRIY KOSLOV
749 MAGEE AVENUE
PHILADELPHIA, PA 19111

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

March 21, 2017