**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Dmitriy Kozlov<br>　　　　　　　　　　Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>　　　　　　　　　　Movant<br>　　vs.<br>Dmitriy Kozlov<br>　　　　　　　　　　Debtor | NO. 14-14069 JKF |
| William C. Miller Esq.<br>　　　　　　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this         day of              , 2017 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on February 16, 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: April 28, 2017**

_____
United States Bankruptcy Judge.

cc: See attached service list

Dmitriy Kozlov
749 Magee Avenue
Philadelphia, PA 19111

Michael Adam Cohen
2133 Snyder Avenue
Philadelphia, PA 19145
ROZALYN LANDISBURG ESQ.
3400 Red Lion Road
#45 B
Philadelphia, PA 19116

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532