United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-14069-jkf
Dmitriy Kozlov                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 2              Date Rcvd: May 01, 2017
                             Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
db        +Dmitriy Kozlov,   749 Magee Avenue,    Philadelphia, PA 19111-4717
cr        +BANK OF AMERICA, N.A.,   2380 Performance Dr.,   Richardson, TX 75082-4333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        E-mail/Text: bankruptcy@phila.gov May 02 2017 03:29:49    City of Philadelphia,
           City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
           Philadelphia, PA  19102-1595
smg        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 02 2017 03:29:07
           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
           Harrisburg, PA  17128-0946
smg       +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 02 2017 03:29:38    U.S. Attorney Office,
           c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr         E-mail/Text: bkmailbayview@bayviewloanservicing.com May 02 2017 03:29:39
           Bayview Loan Servicing LLC,   4425 Ponce De Leon Blvd. 5th Floor,
           Coral Gables, FL 33146-1837
                                                                              TOTAL: 4

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*       +BAYVIEW LOAN SERVICING, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
           Coral Gables, FL 33146-1837
cr        ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,   3815 South West Temple,
           Salt Lake City, UT 84115-4412
                                                                  TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 03, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
          ALEXANDRA T. GARCIA   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
          YORK, AS TRUSTEE (CWALT 2005-76) ecfmail@mwc-law.com
          ANDREW F GORNALL   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          DANIELLE  BOYLE-EBERSOLE  on behalf of   Bank of New York Mellon, fka The Bank of New York as
          Trustee on behalf of the holders of the Alternative Loan Trust 2005-56 Mortgage Pass-Through
          Certificates, Series 2005-56 debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          JASON BRETT SCHWARTZ   on behalf of Creditor   Bank of America, N.A. jschwartz@mesterschwartz.com,
          jottinger@mesterschwartz.com
          JEROME B. BLANK   on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com
          JILL  MANUEL-COUGHLIN   on behalf of Creditor   BANK OF AMERICA, N.A. jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          JILL  MANUEL-COUGHLIN   on behalf of Creditor   The Bank Of New York Mellon, Et al.
          jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          JOSEPH ANGEO DESSOYE   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          KIMBERLY A. BONNER  on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New York,
          as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA19, Mortgage Pass
          Through Certificates Series 2006-OA19 amps@manleydeas.com

District/off: 0313-2          User: JeanetteG          Page 2 of 2          Date Rcvd: May 01, 2017
                             Form ID: pdf900          Total Noticed: 6

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          KIMBERLY A. BONNER   on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New York,
           as trustee, on behalf of the holders of the Alternative Loan Trust 2005-76, Mortgage
           Pass-Through Certificates Series 2005-76 amps@manleydeas.com
          KIMBERLY A. BONNER   on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New York,
           as trustee, on behalf of the holders of the Alternative Loan Trust 2005-59, Mortgage
           Pass-Through Certificates, Series 2005-59 amps@manleydeas.com
          MARIO J. HANYON   on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com
          MARIO J. HANYON   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
           TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT INC. ALTER-NATIVE LOAN TRUST
           2005-59, MORTGAGE PASS THROUGH CERTIFICATES, SERIE paeb@fedphe.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2005-56) bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2005-59) bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New
           York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA19, Mortgage
           Pass Through Certificates Series 2006-OA19 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New
           York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-59, Mortgage
           Pass-Through Certificates, Series 2005-59 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New
           York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-76, Mortgage
           Pass-Through Certificates Series 2005-76 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          MICHAEL ADAM COHEN   on behalf of Debtor Dmitriy Kozlov mcohen1@temple.edu
          NICOLE B. LABLETTA   on behalf of Creditor   Bayview Loan Servicing LLC nlabletta@udren.com,
           vbarber@udren.com
          NICOLE B. LABLETTA   on behalf of Creditor   Bayview Loan Servicing as Servicer for
           nlabletta@udren.com, vbarber@udren.com
          ROZALYN LANDISBURG   on behalf of Debtor Dmitriy Kozlov lrozalyn7345@yahoo.com,
           lawyer.mc@gmail.com
          STEPHEN M HLADIK   on behalf of   Bank of New York Mellon, fka The Bank of New York as Trustee
           on behalf of the holders of the Alternative Loan Trust 2005-56 Mortgage Pass-Through
           Certificates, Series 2005-56 shladik@hoflawgroup.com, debersole@hoflawgroup.com
          THOMAS I. PULEO   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   Bayview Loan Servicing LLC pa.bkecf@fedphe.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC pa.bkecf@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                              TOTAL: 29

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Dmitriy Kozlov | |
| Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, National Association | |
| Movant | |
| vs. | |
| | NO. 14-14069 JKF |
| Dmitriy Kozlov | |
| Debtor | |
| William C. Miller Esq. | |
| Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this         day of                 , 2017 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on February 16, 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: April 28, 2017**

_____

United States Bankruptcy Judge.

cc: See attached service list

Dmitriy Kozlov
749 Magee Avenue
Philadelphia, PA 19111

Michael Adam Cohen
2133 Snyder Avenue
Philadelphia, PA 19145
ROZALYN LANDISBURG ESQ.
3400 Red Lion Road
#45 B
Philadelphia, PA 19116

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532