IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                  Case no. 14-14069 JKF
DMITRIY KOZLOV

    Debtor

### CERTIFICATE OF NO RESPONSE

    I, Michael A. Cohen, Esquire, counsel for the Debtors, do hereby certify that, on June 27, 2017, service was made by first class U.S. mail, postage prepaid/ or by ECF, a true and correct copy of the Notice of Motion to Modify plan, Motion to Modify and the modified plan upon creditors, Debtors, the Standing Trustee and the U.S. Trustee, per the certificate of service. To date no objection, notice or answer or other administrative claim has been filed or served upon undersigned counsel.

Date:  July 19, 2017              By:    /s/ Michael A. Cohen
                                                                           Michael A. Cohen, Esquire
                                                                           2113 Snyder Ave
                                                                           Philadelphia, PA 19145
                                                                           215-873-1159
                                                                           fax 267-519-3506
                                                                           PA Bar #93044