UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:
DMITRIY KOZLOV
    Chapter 13
        Debtor               CASE No 14-14069 JKF

### ORDER

Upon consideration of Debtor's motion to modify his confirmed Ch. 13 plan and Debtor's Motion, and after notice to all interested parties and after a hearing, it is hereby ORDERED:

    1. The Motion is granted.
    2. The Modified plan filed on June 27, 2017 is confirmed.

Dated: _____, 2017

**Date: July 20, 2017**

_____
Honorable Jean FitzSimon
U.S Bankruptcy Judge

William C. Miller, Trustee
111 S. Independence Mall
Suite 583
Philadelphia, Pa 19106

Michael A. Cohen, Esquire
Attorney for Debtor
2113 Snyder Ave
Philadelphia, PA 19145

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107