United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-14069-jkf
Dmitriy Kozlov                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Jul 20, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2017.
db             +Dmitriy Kozlov,    749 Magee Avenue,    Philadelphia, PA 19111-4717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2005-76) ecfmail@mwc-law.com
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of    Bank of New York Mellon, fka The Bank of New York as
               Trustee on behalf of the holders of the Alternative Loan Trust 2005-56 Mortgage Pass-Through
               Certificates, Series 2005-56 debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Bank of America, N.A. jschwartz@mesterschwartz.com,
               jottinger@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    The Bank Of New York Mellon, Et al.
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank of New York Mellon etal paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2005-59, Mortgage
               Pass-Through Certificates, Series 2005-59 amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA19, Mortgage Pass
               Through Certificates Series 2006-OA19 amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2005-76, Mortgage
               Pass-Through Certificates Series 2005-76 amps@manleydeas.com
              MARIO J. HANYON    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT INC. ALTER-NATIVE LOAN TRUST
               2005-59, MORTGAGE PASS THROUGH CERTIFICATES, SERIE paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2005-56) bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2005-59) bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-59, Mortgage
               Pass-Through Certificates, Series 2005-59 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-76, Mortgage
               Pass-Through Certificates Series 2005-76 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com

```
District/off: 0313-2          User: Stacey            Page 2 of 2              Date Rcvd: Jul 20, 2017
                              Form ID: pdf900         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA19, Mortgage
               Pass Through Certificates Series 2006-OA19 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              MICHAEL ADAM COHEN    on behalf of Debtor Dmitriy  Kozlov mcohen1@temple.edu
              NICOLE B. LABLETTA    on behalf of Creditor    Bayview Loan Servicing LLC nlabletta@udren.com,
               vbarber@udren.com
              NICOLE B. LABLETTA    on behalf of Creditor    Bayview Loan Servicing as Servicer for
               nlabletta@udren.com,   vbarber@udren.com
              ROZALYN  LANDISBURG    on behalf of Debtor Dmitriy  Kozlov lrozalyn7345@yahoo.com,
               lawyer.mc@gmail.com
              STEPHEN M HLADIK    on behalf of    Bank of New York Mellon, fka The Bank of New York as Trustee
               on behalf of the holders of the Alternative Loan Trust 2005-56 Mortgage Pass-Through
               Certificates, Series 2005-56 shladik@hoflawgroup.com,   debersole@hoflawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bayview Loan Servicing LLC pa.bkecf@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 30
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:
DMITRIY KOZLOV
    Chapter 13
        Debtor                   CASE No 14-14069 JKF

## ORDER

Upon consideration of Debtor's motion to modify his confirmed Ch. 13 plan and Debtor's Motion, and after notice to all interested parties and after a hearing, it is hereby ORDERED:

1. The Motion is granted.
2. The Modified plan filed on June 27, 2017 is confirmed.

Dated: _____, 2017

*[signature]*

_____
Honorable Jean FitzSimon
U.S Bankruptcy Judge

**Date: July 20, 2017**

William C. Miller, Trustee
111 S. Independence Mall
Suite 583
Philadelphia, Pa 19106

Michael A. Cohen, Esquire
Attorney for Debtor
2113 Snyder Ave
Philadelphia, PA 19145

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107