*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Dmitriy Kozlov
     Debtor(s)

Case No: 14–14069–jkf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Certification of Default of Order Approving Stipulation Filed by THOMAS YOUNG.HAE SONG on behalf of Bank of America, N.A

on: 8/30/17

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/3/17

Timothy B. McGrath
Clerk of Court