United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-14069-jkf
Dmitriy Kozlov                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Joan           Page 1 of 2              Date Rcvd: Aug 03, 2017
                            Form ID: 167         Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2017.
db         +Dmitriy Kozlov,   749 Magee Avenue,   Philadelphia, PA 19111-4717
cr         +BANK OF AMERICA, N.A.,   2380 Performance Dr.,   Richardson, TX 75082-4333
13311776   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:   Bank of America,   Po Box 982235,   El Paso, TX 79998)
13373310   +BANK OF AMERICA, N.A.,   ATTN:BANKRUPTCY DEPT.,   MAIL STOP CA6-09-01-23,   400 NATIONAL WAY,
             SIMI VALLEY, CA 93065-6414
13311778    Bank Of America,   De5-019-03-07,   Newark, DE 19714
13349942   #+Bank of America, N.A.,   Bankruptcy Department,   P.O. Box 26012, NC4-105-02-99,
             Greensboro, NC 27420-6012
13363478   #+Bank of America, N.A.,   Bankruptcy Department,   P.O. Box 26012, NC4-105-02-99,
             Greensboro, North Carolina 27420-6012
13311782    Bank of NY Mellon, f/ka  Bank of NY,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13437803   +Bank of New York Mellon,   c/o Select Portfolio Servicing, Inc.,   3815 South West Temple,
             Salt Lake City, UT 84115-4412
13432794   +Bank of New York Mellon, f/k/a The Bank,   Serviced by Select Portfolio Servicing,,
             3815 South West Temple,   Salt Lake City, UT 84115-4412
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 04 2017 01:32:20
             Bayview Loan Servicing LLC,   4425 Ponce De Leon Blvd. 5th Floor,
             Coral Gables, FL 33146-1837
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13311779    Bank of America Home Loan Services, Inc.,   1800 Tapo Canyon Road,   Simi, CA
cr*        +BAYVIEW LOAN SERVICING, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
             Coral Gables, FL 33146-1837
13311780*  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: BANK OF AMERICA N.A.,   4161 PIEDMONT PARKWAY,
             Greensboro, NC 27410)
13311781*  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:  Bank Of America, N.a.,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
13311777*  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:  Bank Of America,   Attention: Recovery Department,
             4161 Peidmont Pkwy.,   Greensboro, NC 27410)
13502220*  +Bank of New York Mellon, f/k/a The Bank,   Serviced by Select Portfolio Servicing,,
             3815 South West Temple,   Salt Lake City, UT 84115-4412
cr         ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,   3815 South West Temple,
             Salt Lake City, UT 84115-4412
                                                                                    TOTALS: 1, * 5, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Joan                  Page 2 of 2                  Date Rcvd: Aug 03, 2017
                               Form ID: 167                Total Noticed: 11
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2005-76) ecfmail@mwc-law.com
              ANDREW F GORNALL     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DANIELLE BOYLE-EBERSOLE     on behalf of    Bank of New York Mellon, fka The Bank of New York as
               Trustee on behalf of the holders of the Alternative Loan Trust 2005-56 Mortgage Pass-Through
               Certificates, Series 2005-56 debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Bank of America, N.A. jschwartz@mesterschwartz.com,
               jottinger@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              JILL MANUEL-COUGHLIN     on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JILL MANUEL-COUGHLIN     on behalf of Creditor    The Bank Of New York Mellon, Et al.
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JOSEPH ANGEO DESSOYE     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE     on behalf of Creditor    The Bank of New York Mellon etal paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA19, Mortgage Pass
               Through Certificates Series 2006-OA19 amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2005-76, Mortgage
               Pass-Through Certificates Series 2005-76 amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2005-59, Mortgage
               Pass-Through Certificates, Series 2005-59 amps@manleydeas.com
              MARIO J. HANYON    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE  HOLDERS OF THE CWALT INC. ALTER-NATIVE LOAN TRUST
               2005-59, MORTGAGE PASS THROUGH CERTIFICATES, SERIE paeb@fedphe.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2005-56) bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2005-59) bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT     on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA19, Mortgage
               Pass Through Certificates Series 2006-OA19 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT     on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-59, Mortgage
               Pass-Through Certificates, Series 2005-59 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT     on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-76, Mortgage
               Pass-Through Certificates Series 2005-76 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MICHAEL ADAM COHEN    on behalf of Debtor Dmitriy  Kozlov mcohen1@temple.edu
              NICOLE B. LABLETTA    on behalf of Creditor    Bayview Loan Servicing LLC nlabletta@udren.com,
               vbarber@udren.com
              NICOLE B. LABLETTA     on behalf of Creditor    Bayview Loan Servicing as Servicer for
               nlabletta@udren.com, vbarber@udren.com
              ROZALYN LANDISBURG    on behalf of Debtor Dmitriy  Kozlov lrozalyn7345@yahoo.com,
               lawyer.mc@gmail.com
              STEPHEN M HLADIK    on behalf of    Bank of New York Mellon, fka The Bank of New York as Trustee
               on behalf of the holders of the Alternative Loan Trust 2005-56 Mortgage Pass-Through
               Certificates, Series 2005-56 shladik@hoflawgroup.com, debersole@hoflawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC pa.bkecf@fedphe.com
              THOMAS YOUNG.HAE SONG     on behalf of Creditor    Bank of America, N.A. pa.bkecf@fedphe.com
              THOMAS YOUNG.HAE SONG     on behalf of Creditor    Bayview Loan Servicing LLC pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 31
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Dmitriy Kozlov
    Debtor(s)

Case No: 14−14069−jkf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Certification of Default of Order Approving Stipulation Filed by THOMAS YOUNG.HAE SONG on behalf of Bank of America, N.A

    on: 8/30/17

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/3/17

Timothy B. McGrath
Clerk of Court

165 − 163
Form 167