**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Dmitriy Kozlov<br><br>     Debtor<br>  and<br><br>Tanya Petrosova<br><br>     Codebtor<br><br>Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA the bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-76, Mortgage Pass-Through Certificates, Series 2005-76, or its Successor or Assignee<br>     Movant<br>  vs.<br><br>William C. Miller , Trustee<br>Dmitriy Kozlov<br>Tanya Petrosova<br>     Respondents | Chapter 13<br>Bankruptcy No. 14-14069- AMC |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

  I, Celine P. DerKrikorian, attorney for Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA the bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-76, Mortgage Pass-Through Certificates, Series 2005-76, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: December 11, 2017

| | | |
|---|---|---|
| Dmitriy Kozlov<br>749 Magee Avenue<br>Philadelphia, Pennsylvania 19111<br><br>Tanya Petrosova<br>1939 W Somerset St<br>Philadelphia, Pennsylvania 19132<br>Co-Debtor | Michael Adam Cohen<br>Law Office of Michael A. Cohen<br>2113 Snyder Ave.<br>Philadelphia, Pennsylvania 19145<br>Attorney for Debtor | William C. Miller<br>Chapter 13 Trustee<br>1234 Market street<br>Suite 1813<br>Philadelphia, Pennsylvania 19107<br>Trustee |

/s/ Celine P. DerKrikorian
ANN E. SWARTZ, ESQUIRE, I.D. # 201926
CELINE P. DERKRIKORIAN, ESQUIRE - ID # 313673
ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
Attorney for Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA the bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-76, Mortgage Pass-Through Certificates, Series 2005-76
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com