# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:
DMITRIY KOZLOV

Case no. 14-14069 AMC

## WITHDRAWAL OF DEBTOR'S OBJECTION TO Bank of America NA CERTIFICATION OF DEFAULT

Debtor, Dmitriy Kozlov, withdraws his objection to Bank of America NA's Certification of Default.

Respectfully submitted,

Dated:  March 6, 2018

/s/ Michael A. Cohen
Michael A. Cohen, Esquire
2113 Snyder Ave
Philadelphia, PA 19145
215-873-1159