## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| DMITRIY KOZLOV | : CHAPTER 13 |
| TATYNA PETROSOVA (NON-FILING CO-MORTGAGOR) | : |
| | : BK. No. 14-14069 JKF |
| Debtor | : |

### ORDER MODIFYING SECTION 362 AND 1301 AUTOMATIC STAY AND CO-DEBTOR STAY

**AND NOW**, this 6th day of March, 2018, Motion of **BANK OF AMERICA, N.A.** (Movant), and after Notice of Default and the filing of a Certification of Default, it is

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED:** that Relief from the Automatic stay and Co-Debtor stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 751 MAGEE AVENUE, PHILADELPHIA, PA 19111-4717 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any Co-Debtor stay under U.S.C. §1301(c) is hereby granted; and it is further;

**ORDERED AND DECREED:** that Rule 4001(a)(3) is not applicable and **BANK OF AMERICA, N.A.** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay.

By the Court:

_____
Ashely M. Chan, U.S. Bankruptcy Judge

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

ROZALYN LANDISBURG, ESQUIRE
2113 SNYDER AVENUE
PHILADELPHIA, PA 19145

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

TATYNA PETROSOVA
751 MAGEE AVENUE
PHILADELPHIA, PA 19111-4717

DMITRIY KOZLOV
751 MAGEE AVENUE
PHILADELPHIA, PA 19111-4717

DMITRIY KOZLOV
749 MAGEE AVENUE
PHILADELPHIA, PA 19111-4717