**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>**DMITRIY KOZLOV**<br>　　　　　　　Debtor<br><br>**BAYVIEW LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-56)**<br>　　　　　　　Movant<br>　v.<br>**DMITRIY KOZLOV**<br>**TANYA PETROSOV (Non-filing Co-debtor)**<br>　　　　　　　Respondents | BK. No. 14-14069-amc<br><br>**Chapter No. 13**<br><br><br><br><br><br>11 U.S.C. §362 and 1301 |

**ORDER MODIFYING §362 AUTOMATIC STAY and CO-DEBTOR STAY**

　　**AND NOW**, this 22nd day of March, 2018, at **PHILADELPHIA**, upon Motion of **BAYVIEW LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-56)** (Movant), it is:

　　**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

　　**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and the Co-Debtor Stay, as provided for under 11 U.S.C. §1301 is granted with respect to, 6935 SHELBOURNE STREET, PHILADELPHIA, PA 19111-3932(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

　　**ORDERED** that Rule 4001(a)(3) is not applicable and **BAYVIEW LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-56)** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

　　**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

| | |
|---|---|
| WILLIAM C. MILLER, ESQUIRE (TRUSTEE)<br>1234 Market Street, Suite 1813<br>Philadelphia, PA 19107 | DMITRY KOZLOV<br>749 MAGEE AVENUE<br>PHILADELPHIA, PA 19111 |

MICHAEL A.COHEN, ESQUIRE
2113 SNYDER AVE.
PHILADELPHIA, PA 19145

DMITRY KOZLOV
6935 SHELBOURNE STREET
PHILADELPHIA, PA 19111-3932

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

TANYA PETROSOV
6935 SHELBOURNE STREET
PHILADELPHIA, PA 19111-3932