United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 14-14069-amc
Dmitriy Kozlov                                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Christina              Page 1 of 2              Date Rcvd: Mar 22, 2018
                               Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db             +Dmitriy Kozlov,    749 Magee Avenue,    Philadelphia, PA 19111-4717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
      ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
       YORK, AS TRUSTEE (CWALT 2005-76) ecfmail@mwc-law.com
      ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
       YORK, AS TRUSTEE (CWALT 2006-OA19), ecfmail@mwc-law.com
      ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
      ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
       TRUSTEE (CWALT 2005-59) ecfmail@mwc-law.com,    ecfmail@mwc-law.com
      ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE  BANK OF NEW YORK, AS
       TRUSTEE (CWALT 2005-59),  ecfmail@mwc-law.com,    ecfmail@mwc-law.com
      ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
       TRUSTEE (CWALT 2005-76) ecfmail@mwc-law.com,    ecfmail@mwc-law.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
       YORK, AS TRUSTEE (CWALT 2005-56) ecfmail@mwc-law.com
      CELINE P. DERKRIKORIAN     on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The
       Bank of New York Mellon FKA the bank of New York, as Trustee for the Certificateholders of CWALT,
       Inc., Alternative Loan Trust 2005-76, Mortgage Pass-Th ecfmail@mwc-law.com
      DANIELLE  BOYLE-EBERSOLE    on behalf of     Bank of New York Mellon, fka The Bank of New York as
       Trustee on behalf of the holders of the Alternative Loan Trust 2005-56 Mortgage Pass-Through
       Certificates, Series 2005-56 debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
      JASON BRETT SCHWARTZ    on behalf of Creditor    Bank of America, N.A. jschwartz@mesterschwartz.com,
       jottinger@mesterschwartz.com
      JEROME B. BLANK    on behalf of Creditor    The Bank of New York Mellon etal paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon, Et al. paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Bayview Loan Servicing, LLC et. al. paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
      JILL  MANUEL-COUGHLIN    on behalf of Creditor    The Bank Of New York Mellon, Et al.
       jill@pkallc.com,
       chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
      JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
       chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank of New York Mellon etal paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bayview Loan Servicing LLC paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC paeb@fedphe.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
       as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA19, Mortgage Pass
       Through Certificates Series 2006-OA19 amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
       as trustee, on behalf of the holders of the Alternative Loan Trust 2005-59, Mortgage
       Pass-Through Certificates, Series 2005-59 amps@manleydeas.com

```
District/off: 0313-2          User: Christina            Page 2 of 2                  Date Rcvd: Mar 22, 2018
                              Form ID: pdf900            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
           as trustee, on behalf of the holders of the Alternative Loan Trust 2005-76, Mortgage
           Pass-Through Certificates Series 2005-76 amps@manleydeas.com
          MARIO J. HANYON    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
           TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE  HOLDERS OF THE CWALT INC. ALTER-NATIVE LOAN TRUST
           2005-59, MORTGAGE PASS THROUGH CERTIFICATES, SERIE paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    The Bank Of New York Mellon, Et al. paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon etal paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2005-56) bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2005-59) bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
           York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-59, Mortgage
           Pass-Through Certificates, Series 2005-59 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
           York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-76, Mortgage
           Pass-Through Certificates Series 2005-76 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
           York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA19, Mortgage
           Pass Through Certificates Series 2006-OA19 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          MICHAEL ADAM COHEN    on behalf of Debtor Dmitriy  Kozlov mcohen1@temple.edu
          NICOLE B. LABLETTA    on behalf of Creditor    Bayview Loan Servicing LLC nlabletta@udren.com,
           vbarber@udren.com
          NICOLE B. LABLETTA    on behalf of Creditor    Bayview Loan Servicing as Servicer for
           nlabletta@udren.com, vbarber@udren.com
          ROZALYN  LANDISBURG    on behalf of Debtor Dmitriy  Kozlov lrozalyn7345@yahoo.com,
           lawyer.mc@gmail.com
          STEPHEN M HLADIK    on behalf of    Bank of New York Mellon, fka The Bank of New York as Trustee
           on behalf of the holders of the Alternative Loan Trust 2005-56 Mortgage Pass-Through
           Certificates, Series 2005-56 shladik@hoflawgroup.com, debersole@hoflawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bayview Loan Servicing LLC paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 43
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>**DMITRIY KOZLOV**<br>                **Debtor**<br><br>**BAYVIEW LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-56)**<br>                **Movant**<br>                v.<br>**DMITRIY KOZLOV**<br>**TANYA PETROSOV (Non-filing Co-debtor)**<br>                **Respondents** | **BK. No. 14-14069-amc**<br><br>**Chapter No. 13**<br><br><br><br>**11 U.S.C. §362 and 1301** |

**ORDER MODIFYING §362 AUTOMATIC STAY and CO-DEBTOR STAY**

      **AND NOW,** this 22nd day of March, 2018, at **PHILADELPHIA**, upon Motion of **BAYVIEW LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-56)** (Movant), it is:

      **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

      **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and the Co-Debtor Stay, as provided for under 11 U.S.C. §1301 is granted with respect to, 6935 SHELBOURNE STREET, PHILADELPHIA, PA 19111-3932(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

      **ORDERED** that Rule 4001(a)(3) is not applicable and **BAYVIEW LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-56)** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

      **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

      _____
      ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)    DMITRY KOZLOV
1234 Market Street, Suite 1813                      749 MAGEE AVENUE
Philadelphia, PA 19107                                       PHILADELPHIA, PA 19111

MICHAEL A.COHEN, ESQUIRE
2113 SNYDER AVE.
PHILADELPHIA, PA 19145

DMITRY KOZLOV
6935 SHELBOURNE STREET
PHILADELPHIA, PA 19111-3932

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

TANYA PETROSOV
6935 SHELBOURNE STREET
PHILADELPHIA, PA 19111-3932