UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

IN RE: Dmitriy Kozlov

CASE NO: 14-14069

## NOTICE OF CHANGE OF ADDRESS FOR PAYMENTS FROM CHAPTER 13 TRUSTEE

Bank of America N.A. ("Creditor") hereby gives notice that all presently held or future payments to the Creditor for the Court claim number(s) **2** from the Chapter 13 Trustee should be sent to the following address:

**OLD ADDRESS:**

Bank of America
PO Box 26012
Greensboro, NC 27420

**NEW ADDRESS:**

Bank of America
PO Box 15312
Wilmington, DE 19850-5312

_____
Essa Gye
Bank of America

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2018 a copy of the foregoing document was served on the following by ECF:

Trustee:

William C. Miller ESQ.
PO Box 1229
Philadelphia, PA 19105

_____
Robert Phifer Jr

FILED APR -9 2018 TIMOTHY McGRATH, CLERK