**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:
DMITRIY KOZLOV

                    Debtor

Case no. 14-14069 JKF
Chapter 13

**WITHDRAWAL OF DEBTOR'S OBJECTION TO BAYVIEW LOAN SERVICING LLC**
**Motion for Relief from the Automatic Stay**

Debtor, Dmitriy Kozlov, withdraws his response to Bayview Loan Servicing LLC Motion for Relief from the Automatic Stay.

Dated: May 14, 2018                RESPECTFULLY SUBMITTED,

                              By:    /s/ Michael A. Cohen
                                      Michael A. Cohen, Esquire
                                      2113 Snyder Ave
                                      Philadelphia, PA 19145
                                      215-873-1159
                                      fax 267-519-3506
                                      PA Bar #93044
                                      Counsel for Debtor