UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dmitriy Kozlov<br><br>                Debtor<br>    and<br><br>Tanya Petrosova<br><br>                Codebtor<br><br>Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA the bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-76, Mortgage Pass-Through Certificates, Series 2005-76, or its Successor or Assignee<br>                Movant<br>    vs.<br><br>William C. Miller , Trustee<br>Dmitriy Kozlov<br>Tanya Petrosova<br>                Respondents | Chapter 13<br>Bankruptcy No. 14-14069- AMC |

**ORDER**

AND NOW, this 15th day of May, 2018, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) and 1301 be, and the same hereby is, MODIFIED to permit Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA the bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-76, Mortgage Pass-Through Certificates, Series 2005-76, or its Successor or Assignee, to exercise applicable state court remedies with respect to the property located at: 1939 West Somerset Street, Philadelphia, Pennsylvania 19132.

ORDERED that Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc.:
William C. Miller
Chapter 13 Trustee
1234 Market street
Suite 1813
Philadelphia, Pennsylvania 19107

Celine P. DerKrikorian, Esquire
McCabe, Weisberg & Conway
123 S. Broad St., Suite 1400
Philadelphia, PA 19109

Michael Adam Cohen
Law Office of Michael A. Cohen
2113 Snyder Ave.
Philadelphia, Pennsylvania 19145

Dmitriy Kozlov
749 Magee Avenue
Philadelphia, Pennsylvania 19111

Tanya Petrosova
1939 W Somerset St
Philadelphia, Pennsylvania 19132
Codebtor

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107