**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Dmitriy Kozlov | Chapter 13 |
|                   Debtor | Bankruptcy No. 14-14069- AMC |
|      and | |
| Tanya Petrosova | |
|                 Co-debtor | |
| Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the CWALT Inc. Alternative Loan Trust 2005-59, Mortgage Pass Through Certificates, Series 2005-59, or its Successor or Assignee | |
|                 Movant | |
|     vs. | |
| William C. Miller, Esq., Trustee
Dmitriy Kozlov
Tanya Petrosova | |
|               Respondents | |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the CWALT Inc. Alternative Loan Trust 2005-59, Mortgage Pass Through Certificates, Series 2005-59 or its Successor or Assignee, filed a Motion For Relief From the Automatic Stay with the court requesting Relief from the automatic stay as to property at 1569 Stevens St., Philadelphia, Pennsylvania 19149-3310.

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before June 7, 2018, you or your attorney must do all of the following:

        (a)    file an answer explaining your position at

    United States Bankruptcy Court
    For the Eastern District of Pennsylvania
    Robert N.C. Nix Sr. Federal Courthouse
    900 Market Street, Suite 214
    Philadelphia, Pennsylvania 19107

  If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant's attorney:

    Ann E. Swartz, Esquire
    McCabe, Weisberg & Conway, LLC
    123 S. Broad Street, Suite 1400
    Philadelphia, PA 19109
    Phone: 215-790-1010
    Fax: 215-790-1274

  2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3.  A hearing on the motion is scheduled to be held before the Ashely M. Chan on <u>June 12, 2018</u>, at <u>11:00a.m.</u> in <u>Courtroom #5,</u> United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 214, Philadelphia, Pennsylvania 19107.

  4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office at (215) 408-2822 to find out whether the hearing has been canceled because no one filed an answer.

Date: May 24, 2018