# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dmitriy Kozlov<br>　　　　Debtors<br>　　and<br><br>Tanya Petrosova<br><br>　　　　Co-debtors<br><br>Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the CWALT Inc. Alternative Loan Trust 2005-59, Mortgage Pass Through Certificates, Series 2005-59, or its Successor or Assignee<br>　　　　Movant<br>　　vs.<br><br>William C. Miller, Esq., Trustee<br>Dmitriy Kozlov<br>Tanya Petrosova<br>　　　　Respondents | Chapter 13<br>Bankruptcy No. 14-14069- AMC |

## CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

　　　I, Ann E. Swartz, attorney for Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the CWALT Inc. Alternative Loan Trust 2005-59, Mortgage Pass Through Certificates, Series 2005-59, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: May 24, 2018

Dmitriy Kozlov
749 Magee Avenue
Philadelphia, Pennsylvania 19111

Tanya Petrosova
1569 Stevens St.
Philadelphia, Pennsylvania 19149-3310
Co-Debtor

Michael Adam Cohen
Law Office of Michael A. Cohen
2113 Snyder Ave.
Philadelphia, Pennsylvania 19145
Attorney for Debtor

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pennsylvania 19107

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, Pennsylvania 19105
Trustee

/s/ Ann E. Swartz
ANN E. SWARTZ, ESQUIRE, I.D. # 201926
ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
Attorney for Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the CWALT Inc. Alternative Loan Trust 2005-59, Mortgage Pass Through Certificates, Series 2005-59
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com