# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dmitriy Kozlov<br><br>      Debtors<br>   and<br><br>Tanya Petrosova<br><br>      Co-debtors<br><br>Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the CWALT Inc. Alternative Loan Trust 2005-59, Mortgage Pass Through Certificates, Series 2005-59, or its Successor or Assignee<br>      Movant<br>  vs.<br><br>William C. Miller, Esq., Trustee<br>Dmitriy Kozlov<br>Tanya Petrosova<br>      Respondents | Chapter 13<br>Bankruptcy No. 14-14069- AMC |

## ORDER

  AND NOW, this __12th__ day of __June__, 20__18__, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) and 1301 be, and the same hereby is, MODIFIED to permit Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the CWALT Inc. Alternative Loan Trust 2005-59, Mortgage Pass Through Certificates, Series 2005-59, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at: 1569 Stevens St., Philadelphia, Pennsylvania 19149-3310, such actions may include but are not limited to selling the property at Sheriff's Sale, entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

  ORDERED that Movant shall be permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

ORDERED that Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc.:

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, Pennsylvania 19105

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

Michael Adam Cohen
Law Office of Michael A. Cohen
2113 Snyder Ave.
Philadelphia, Pennsylvania 19145

Dmitriy Kozlov
749 Magee Avenue
Philadelphia, Pennsylvania 19111

Tanya Petrosova
1569 Stevens St.
Philadelphia, Pennsylvania 19149-3310
Codebtor

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107