United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-14069-amc
Dmitriy Kozlov                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 3              Date Rcvd: Jun 13, 2018
                              Form ID: pdf900           Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db            +Dmitriy Kozlov,    749 Magee Avenue,    Philadelphia, PA 19111-4717
cr             BANK OF AMERICA, N.A.,    P.O. Box 15312,    WILMINGTON, DE  19850-5312
cr            +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jun 14 2018 01:46:32     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2018 01:46:12
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2018 01:46:28     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 14 2018 01:46:29
               Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, FL 33146-1837
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            BANK OF AMERICA, N.A.,    P.O. Box 15312,    WILMINGTON, DE  19850-5312
cr*           +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*           +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*           +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*           +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*           +BAYVIEW LOAN SERVICING, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, FL 33146-1837
cr           ##+BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr           ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
               Salt Lake City, UT 84115-4412
                                                                                   TOTALS: 0, * 7, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2005-76) ecfmail@mwc-law.com,     ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2005-59) ecfmail@mwc-law.com,     ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2006-OA19), ecfmail@mwc-law.com,     ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE  BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2005-59), ecfmail@mwc-law.com,     ecfmail@ecf.courtdrive.com
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The Bank of
               New York Mellon fka The Bank of New York as Trustee for the CWALT Inc. Alternative Loan Trust
               2005-59, Mortgage Pass Through Certificates, Serie ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com

```
District/off: 0313-2                  User: Stacey                  Page 2 of 3                  Date Rcvd: Jun 13, 2018
                                      Form ID: pdf900               Total Noticed: 7


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              ANN E. SWARTZ    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
               TRUSTEE (CWALT 2005-59) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE  BANK OF NEW YORK, AS
               TRUSTEE (CWALT 2005-59), ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
               TRUSTEE (CWALT 2005-76) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2005-56) ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor   Bayview Loan Servicing, LLC as servicer for The
               Bank of New York Mellon FKA the bank of New York, as Trustee for the Certificateholders of CWALT,
               Inc., Alternative Loan Trust 2005-76, Mortgage Pass-Th ecfmail@mwc-law.com
              DANIELLE BOYLE-EBERSOLE    on behalf of    Bank of New York Mellon, fka The Bank of New York as
               Trustee on behalf of the holders of the Alternative Loan Trust 2005-56 Mortgage Pass-Through
               Certificates, Series 2005-56 debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor   Bank of America, N.A. jschwartz@mesterschwartz.com,
               jottinger@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor   The Bank of New York Mellon etal paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor   The Bank Of New York Mellon, Et al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor   Bayview Loan Servicing, LLC et. al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor   The Bank Of New York Mellon, Et al.
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor   BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   The Bank of New York Mellon etal paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   Bayview Loan Servicing LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-59) bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2005-76, Mortgage
               Pass-Through Certificates Series 2005-76 amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA19, Mortgage Pass
               Through Certificates Series 2006-OA19 amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2005-59, Mortgage
               Pass-Through Certificates, Series 2005-59 amps@manleydeas.com
              MARIO J. HANYON    on behalf of Creditor   The Bank Of New York Mellon, Et al. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor   The Bank of New York Mellon etal paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE  HOLDERS OF THE CWALT INC. ALTER-NATIVE LOAN TRUST
               2005-59, MORTGAGE PASS THROUGH CERTIFICATES, SERIE paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2005-56) bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2005-59) bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA19, Mortgage
               Pass Through Certificates Series 2006-OA19 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-59, Mortgage
               Pass-Through Certificates, Series 2005-59 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-76, Mortgage
               Pass-Through Certificates Series 2005-76 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MICHAEL ADAM COHEN    on behalf of Debtor Dmitriy  Kozlov mcohen1@temple.edu
              NICOLE B. LABLETTA    on behalf of Creditor   Bayview Loan Servicing LLC nlabletta@pincuslaw.com,
               tbougouneau@pincuslaw.com
              NICOLE B. LABLETTA    on behalf of Creditor   Bayview Loan Servicing as Servicer for
               nlabletta@pincuslaw.com, tbougouneau@pincuslaw.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor   Bayview Loan Servicing, LLC as servicer for The
               Bank of New York Mellon FKA the bank of New York, as Trustee for the Certificateholders of CWALT,
               Inc., Alternative Loan Trust 2005-76, Mortgage Pass-Th ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor   Bayview Loan Servicing, LLC as servicer for The
               Bank of New York Mellon fka The Bank of New York as Trustee for the CWALT Inc. Alternative Loan
               Trust 2005-59, Mortgage Pass Through Certificates, Serie ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE  BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2005-59), ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
```

```
District/off: 0313-2          User: Stacey              Page 3 of 3                  Date Rcvd: Jun 13, 2018
                              Form ID: pdf900           Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              ROZALYN  LANDISBURG    on behalf of Debtor Dmitriy  Kozlov lrozalyn7345@yahoo.com,
               lawyer.mc@gmail.com
              STEPHEN M HLADIK    on behalf of    Bank of New York Mellon, fka The Bank of New York as Trustee
               on behalf of the holders of the Alternative Loan Trust 2005-56 Mortgage Pass-Through
               Certificates, Series 2005-56 shladik@hoflawgroup.com,   debersole@hoflawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bayview Loan Servicing LLC paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 50
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dmitriy Kozlov<br><br>     Debtors<br>  and<br><br>Tanya Petrosova<br><br>     Co-debtors<br><br>Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the CWALT Inc. Alternative Loan Trust 2005-59, Mortgage Pass Through Certificates, Series 2005-59, or its Successor or Assignee<br>     Movant<br>  vs.<br><br>William C. Miller, Esq., Trustee<br>Dmitriy Kozlov<br>Tanya Petrosova<br>     Respondents | Chapter 13<br>Bankruptcy No. 14-14069- AMC |

## ORDER

   AND NOW, this __12th__ day of __June_____, 20 __18__, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) and 1301 be, and the same hereby is, MODIFIED to permit Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the CWALT Inc. Alternative Loan Trust 2005-59, Mortgage Pass Through Certificates, Series 2005-59, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at: 1569 Stevens St., Philadelphia, Pennsylvania 19149-3310, such actions may include but are not limited to selling the property at Sheriff's Sale, entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

   ORDERED that Movant shall be permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

ORDERED that Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc.:

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, Pennsylvania 19105

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

Michael Adam Cohen
Law Office of Michael A. Cohen
2113 Snyder Ave.
Philadelphia, Pennsylvania 19145

Dmitriy Kozlov
749 Magee Avenue
Philadelphia, Pennsylvania 19111

Tanya Petrosova
1569 Stevens St.
Philadelphia, Pennsylvania 19149-3310
Codebtor

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107