# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dmitriy Kozlov<br>　　　　　　　Debtor<br><br>JPMorgan Chase Bank, National Association<br>　　　　　　　Movant<br>　vs.<br><br>Dmitriy Kozlov　　　　　Debtor<br>Tanya Petrosova　　　　Co-Debtor<br><br>William C. Miller Esq.　　Trustee | CHAPTER 13<br><br><br>NO. 14-14069 AMC<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of JPMorgan Chase Bank, National Association for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE have been served on June 18, 2018, by first class mail, and/or electronic means upon those listed below:

Debtor
Dmitriy Kozlov
749 Magee Avenue
Philadelphia, PA 19111

Co-Debtor
Tanya Petrosova
749 Magee Avenue
Philadelphia, PA 19111

Attorney for Debtor
Michael Adam Cohen,
2113 Snyder Avenue
Philadelphia, PA 19145

Trustee
William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia PA 19105

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107


Date: June 18, 2018　　　　　　　　*/s/ Rebecca A. Solarz, Esquire*
　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　Main Phone #: 215-627-1322