IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dmitriy Kozlov<br>　　　　　　　　Debtor<br><br>JPMorgan Chase Bank, National Association<br>　　　　　　　　Movant<br>　　vs.<br><br>Dmitriy Kozlov　　　　　　Debtor<br>Tanya Petrosova　　　　　Co-Debtor<br><br>William C. Miller Esq.　　Trustee | CHAPTER 13<br><br><br>NO. 14-14069 AMC<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 17th day of July, 2018 at Philadelphia, upon failure of Debtor, Co-Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 751 Magee Ave, PHILADELPHIA, PA 19111 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
Ashely M. Chan
United States Bankruptcy Judge