United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-14069-amc
Dmitriy Kozlov                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 3              Date Rcvd: Jul 19, 2018
                            Form ID: pdf900           Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2018.
db           +Dmitriy Kozlov,    749 Magee Avenue,    Philadelphia, PA 19111-4717
cr            BANK OF AMERICA, N.A.,    P.O. Box 15312,    WILMINGTON, DE  19850-5312
cr           +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Jul 20 2018 02:26:26     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2018 02:26:08
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 20 2018 02:26:22     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 20 2018 02:26:22
               Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, FL 33146-1837
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           BANK OF AMERICA, N.A.,    P.O. Box 15312,    WILMINGTON, DE  19850-5312
cr*           BANK OF AMERICA, N.A.,    P.O. Box 15312,    WILMINGTON, DE  19850-5312
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*          +BAYVIEW LOAN SERVICING, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, FL 33146-1837
cr          ##+BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr          ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
               Salt Lake City, UT 84115-4412
                                                                                   TOTALS: 0, * 8, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2005-76) ecfmail@mwc-law.com,     ecfmail@ecf.courtdrive.com
          ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2005-59) ecfmail@mwc-law.com,     ecfmail@ecf.courtdrive.com
          ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2006-OA19) ecfmail@mwc-law.com,     ecfmail@ecf.courtdrive.com
          ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE  BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2005-59), ecfmail@mwc-law.com,     ecfmail@ecf.courtdrive.com
          ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: Stacey              Page 2 of 3              Date Rcvd: Jul 19, 2018
                              Form ID: pdf900           Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the CWALT Inc. Alternative Loan Trust 2005-59, Mortgage Pass Through Certificates, Serie ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

        ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-59) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

        ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE  BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-59), ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

        ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-76) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

        CELINE P. DERKRIKORIAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-56) ecfmail@mwc-law.com

        CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA the bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-76, Mortgage Pass-Th ecfmail@mwc-law.com

        DANIELLE BOYLE-EBERSOLE    on behalf of     Bank of New York Mellon, fka The Bank of New York as Trustee on behalf of the holders of the Alternative Loan Trust 2005-56 Mortgage Pass-Through Certificates, Series 2005-56 debersole@hoflawgroup.com, bbleming@hoflawgroup.com

        JASON BRETT SCHWARTZ    on behalf of Creditor    Bank of America, N.A. jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com

        JEROME B. BLANK    on behalf of Creditor    The Bank of New York Mellon etal paeb@fedphe.com

        JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon, Et al. paeb@fedphe.com

        JEROME B. BLANK    on behalf of Creditor    Bayview Loan Servicing, LLC et. al. paeb@fedphe.com

        JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com

        JILL  MANUEL-COUGHLIN    on behalf of Creditor    The Bank Of New York Mellon, Et al. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com

        JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com

        JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank of New York Mellon etal paeb@fedphe.com

        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bayview Loan Servicing LLC paeb@fedphe.com

        JOSEPH ANGEO DESSOYE    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC paeb@fedphe.com

        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

        KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-59) bkgroup@kmllawgroup.com

        KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-76, Mortgage Pass-Through Certificates Series 2005-76 amps@manleydeas.com

        KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA19, Mortgage Pass Through Certificates Series 2006-OA19 amps@manleydeas.com

        KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-59, Mortgage Pass-Through Certificates, Series 2005-59 amps@manleydeas.com

        MARIO J. HANYON    on behalf of Creditor    The Bank Of New York Mellon, Et al. paeb@fedphe.com

        MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon etal paeb@fedphe.com

        MARIO J. HANYON    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE  HOLDERS OF THE CWALT INC. ALTER-NATIVE LOAN TRUST 2005-59, MORTGAGE PASS THROUGH CERTIFICATES, SERIE paeb@fedphe.com

        MARIO J. HANYON    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com

        MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-56) bkgroup@kmllawgroup.com

        MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-59) bkgroup@kmllawgroup.com

        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA19, Mortgage Pass Through Certificates Series 2006-OA19 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-59, Mortgage Pass-Through Certificates, Series 2005-59 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-76, Mortgage Pass-Through Certificates Series 2005-76 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

        MICHAEL ADAM COHEN    on behalf of Debtor Dmitriy  Kozlov mcohen1@temple.edu

        NICOLE B. LABLETTA    on behalf of Creditor    Bayview Loan Servicing LLC nlabletta@pincuslaw.com, vbarber@pincuslaw.com

        NICOLE B. LABLETTA    on behalf of Creditor    Bayview Loan Servicing as Servicer for nlabletta@pincuslaw.com, vbarber@pincuslaw.com

        RAYMOND M. KEMPINSKI    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA the bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-76, Mortgage Pass-Th ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

```
District/off: 0313-2          User: Stacey            Page 3 of 3            Date Rcvd: Jul 19, 2018
                              Form ID: pdf900         Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The
               Bank of New York Mellon fka The Bank of New York as Trustee for the CWALT Inc. Alternative Loan
               Trust 2005-59, Mortgage Pass Through Certificates, Serie ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE  BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2005-59), ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              ROZALYN  LANDISBURG    on behalf of Debtor Dmitriy  Kozlov lrozalyn7345@yahoo.com,
               lawyer.mc@gmail.com
              STEPHEN M HLADIK    on behalf of     Bank of New York Mellon, fka The Bank of New York as Trustee
               on behalf of the holders of the Alternative Loan Trust 2005-56 Mortgage Pass-Through
               Certificates, Series 2005-56 shladik@hoflawgroup.com,  debersole@hoflawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bayview Loan Servicing LLC paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 51
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dmitriy Kozlov<br>    Debtor<br><br>JPMorgan Chase Bank, National Association<br>    Movant<br>vs.<br><br>Dmitriy Kozlov           Debtor<br>Tanya Petrosova       Co-Debtor<br><br>William C. Miller Esq.    Trustee | CHAPTER 13<br><br><br>NO. 14-14069 AMC<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this 17th day of July, 2018 at Philadelphia, upon failure of Debtor, Co-Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 751 Magee Ave, PHILADELPHIA, PA 19111 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
Ashely M. Chan
United States Bankruptcy Judge