**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Dmitriy Kozlov            Chapter 13

        Debtor            Bankruptcy No. 14-14069-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: July 31, 2018**        _____
                                              Ashely M. Chan
                                              Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROZALYN LANDISBURG ESQ
2113 SNYDER AV

PHILADELPHIA, PA 19145-

Debtor:
Dmitriy Kozlov

749 Magee Avenue

Philadelphia, PA 19111