United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-14069-amc
Dmitriy Kozlov                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 4                 Date Rcvd: Jul 31, 2018
                              Form ID: pdf900           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2018.
```
db            +Dmitriy Kozlov,    749 Magee Avenue,    Philadelphia, PA 19111-4717
cr             BANK OF AMERICA, N.A.,     P.O. Box 15312,    WILMINGTON, DE 19850-5312
cr            +BANK OF AMERICA, N.A.,     2380 Performance Dr.,    Richardson, TX 75082-4333
13311775      +Ars /Account Resolution Services,     1801 Nw 66th Ave,    Fort Lauderdal, FL 33313-4571
13311780     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: BANK OF AMERICA N.A.,      4161 PIEDMONT PARKWAY,
                Greensboro, NC 27410)
13373310      +BANK OF AMERICA, N.A.,     ATTN:BANKRUPTCY DEPT.,    MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
                SIMI VALLEY, CA 93065-6414
13311778       Bank Of America,    De5-019-03-07,    Newark, DE 19714
13349942       Bank of America, N.A.,    Bankruptcy Department,    P.O. Box 15312,    Wilmington, DE 19850-5312
13311782       Bank of NY Mellon, f/ka Bank of NY,     3815 South West Temple,    Salt Lake City, UT 84115-4412
13437803      +Bank of New York Mellon,    c/o Select Portfolio Servicing, Inc.,     3815 South West Temple,
                Salt Lake City, UT 84115-4412
13432794      +Bank of New York Mellon, f/k/a The Bank,     Serviced by Select Portfolio Servicing,,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
13311786      +Chase Mht Bk,    Po Box 15298,    Wilmington, DE 19850-5298
13311785      +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
13437704      +JPMorgan Chase Bank, N.A.,     3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
13311794      +LINBARGER GOGGAN BLAIR SAMPSON,     4 PENN CENTER, SUITE 91 0,    Philadelphia, PA 19103-2818
13311795      +Martha Rosenstiel, Esq.,    649 South Avenue, Unit 6,    Clifton Heights, PA 19018-3541
13311800      +TANYA PETROSOV,    749 MAGEE AVENUE,    Philadelphia, PA 19111-4717
13311801      +TANYA PETROSOV,    749 MAGEE ST.,    Philadelphia, PA 19111-4717
13387888      +The Bank of New York Mellon, et al,    c/o Bank of America, N.A.,    Bankruptcy Department,
                Mail Stop CA6-919-01-23,    400 National Way,    Simi Valley, CA 93065-6414
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 01 2018 02:08:04      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,     1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2018 02:07:51
                Pennsylvania Department of Revenue,    Bankruptcy Division,     P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2018 02:07:57      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 01 2018 02:07:57
                Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                Coral Gables, FL 33146-1837
13311773      +E-mail/Text: EBNProcessing@afni.com Aug 01 2018 02:07:55      Afni, Inc.,
                Attention: Bankruptcy,    1310 Martin Luther King Dr,    Bloomington, IL 61701-1465
13311774      +E-mail/Text: EBNProcessing@afni.com Aug 01 2018 02:07:55      Afni, Inc.,    Po Box 3097,
                Bloomington, IL 61702-3097
13841707      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 01 2018 02:07:57
                Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                Coral Gables, Florida 33146-1837
13311789       E-mail/Text: megan.harper@phila.gov Aug 01 2018 02:08:05      City of Philadelphia,
                1515 Arch St., 15th Floor,    Philadelphia, PA 19102-1595
13311787       E-mail/Text: megan.harper@phila.gov Aug 01 2018 02:08:05      CITY OF PHILADEL;PHIA,
                LAW DEPT., 1515 ARCH ST, 15TH FLOOR,     Philadelphia, PA 19102-1595
13311788      +E-mail/Text: bankruptcy@philapark.org Aug 01 2018 02:08:08      CITY OF PHILADELPHIA,
                P.,O. BOX 41818,    Philadelphia, PA 19101-1818
13424518      +E-mail/Text: megan.harper@phila.gov Aug 01 2018 02:08:05
                CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,     MUNICIPAL SERVICES BUILDING,
                1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,     PHILADELPHIA, PA 19102-1640
13311791      +E-mail/Text: bknotice@ercbpo.com Aug 01 2018 02:07:54      Enhanced Recovery Corp,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13311790      +E-mail/Text: bknotice@ercbpo.com Aug 01 2018 02:07:54      Enhanced Recovery Corp,
                Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13311792      +E-mail/Text: bankruptcy@huntington.com Aug 01 2018 02:07:52      HUNTINGTON NAT'L BANK,
                P.O Box 5065 NE01,    Cleveland, OH 44101-0065
13313401      +E-mail/Text: bankruptcy@huntington.com Aug 01 2018 02:07:52      Huntington National Bank,
                PO BOX 89424,    Cleveland, OH 44101-6424
13311793      +E-mail/Text: bankruptcy@huntington.com Aug 01 2018 02:07:52      Huntington Nationaql Bank,
                7 Easton Oval , EA4W122,    Columbus, OH 43219-6010
13311796      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 01 2018 02:07:52      Midland Funding,    8875 Aero Dr,
                San Diego, CA 92123-2255
13311797      +E-mail/Text: bankruptcydepartment@tsico.com Aug 01 2018 02:08:07      Nco Fin/09,
                Attention: Bankruptcy,    507 Prudential Rd,    Horsham, PA 19044-2308
13311798      +E-mail/Text: bankruptcydepartment@tsico.com Aug 01 2018 02:08:07      Nco Fin/09,
                507 Prudential Rd,    Horsham, PA 19044-2308
13311799      +E-mail/Text: jennifer.chacon@spservicing.com Aug 01 2018 02:08:10
                SELECT PORTFOLIO SERVICING,    PO BOX 65250,    Salt Lake City, UT 84165-0250
                                                                                                TOTAL: 20
```

```
District/off: 0313-2           User: Stacey              Page 2 of 4                Date Rcvd: Jul 31, 2018
                               Form ID: pdf900           Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13311779         Bank of America Home Loan Services, Inc.,   1800 Tapo Canyon Road,   Simi, CA
13311784         CHASE BANK
13311783         Cap1/bstby
cr*              BANK OF AMERICA, N.A.,   P.O. Box 15312,    WILMINGTON, DE  19850-5312
cr*              BANK OF AMERICA, N.A.,   P.O. Box 15312,    WILMINGTON, DE  19850-5312
cr*              BANK OF AMERICA, N.A.,   P.O. Box 15312,    WILMINGTON, DE  19850-5312
cr*             +BANK OF AMERICA, N.A.,   P.O. Box 26012, NC4-105-02-99,   GREENSBORO, NC 27420-6012
cr*             +BANK OF AMERICA, N.A.,   P.O. Box 26012, NC4-105-02-99,   GREENSBORO, NC 27420-6012
cr*             +BANK OF AMERICA, N.A.,   P.O. Box 26012, NC4-105-02-99,   GREENSBORO, NC 27420-6012
cr*             +BANK OF AMERICA, N.A.,   P.O. Box 26012, NC4-105-02-99,   GREENSBORO, NC 27420-6012
cr*             +BANK OF AMERICA, N.A.,   P.O. Box 26012, NC4-105-02-99,   GREENSBORO, NC 27420-6012
cr*             +BAYVIEW LOAN SERVICING, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                   Coral Gables, FL 33146-1837
13311777*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,   Attention: Recovery Department,
                   4161 Peidmont Pkwy.,   Greensboro, NC 27410)
13311776*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX 79998)
13311781*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America, N.a.,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
13363478*        Bank of America, N.A.,   Bankruptcy Department,   P.O. Box 15312,   Wilmington, DE 19850-5312
13502220*       +Bank of New York Mellon, f/k/a The Bank,   Serviced by Select Portfolio Servicing,,
                   3815 South West Temple,   Salt Lake City, UT 84115-4412
13848780*       +Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                   Coral Gables, Florida 33146-1837
13850501*       +Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                   Coral Gables, Florida 33146-1837
13850917*       +Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                   Coral Gables, Florida 33146-1837
cr             ##+BANK OF AMERICA, N.A.,   P.O. Box 26012, NC4-105-02-99,   GREENSBORO, NC 27420-6012
cr             ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,   3815 South West Temple,
                   Salt Lake City, UT 84115-4412
                                                                                      TOTALS: 3, * 17, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2005-76) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2005-59) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2006-OA19), ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE  BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2005-59), ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
               TRUSTEE (CWALT 2005-76) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

```
District/off: 0313-2                  User: Stacey                 Page 3 of 4                  Date Rcvd: Jul 31, 2018
                                      Form ID: pdf900              Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          ANN E. SWARTZ    on behalf of Creditor   Bayview Loan Servicing, LLC as servicer for The Bank of
        New York Mellon fka The Bank of New York as Trustee for the CWALT Inc. Alternative Loan Trust
        2005-59, Mortgage Pass Through Certificates, Serie ecfmail@mwc-law.com,
        ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
        TRUSTEE (CWALT 2005-59) ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE  BANK OF NEW YORK, AS
        TRUSTEE (CWALT 2005-59), ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
        YORK, AS TRUSTEE (CWALT 2005-56) ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The
        Bank of New York Mellon FKA the bank of New York, as Trustee for the Certificateholders of CWALT,
        Inc., Alternative Loan Trust 2005-76, Mortgage Pass-Th ecfmail@mwc-law.com
          DANIELLE BOYLE-EBERSOLE    on behalf of    Bank of New York Mellon, fka The Bank of New York as
        Trustee on behalf of the holders of the Alternative Loan Trust 2005-56 Mortgage Pass-Through
        Certificates, Series 2005-56 debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Bank of America, N.A. jschwartz@mesterschwartz.com,
        jottinger@mesterschwartz.com
          JEROME B. BLANK    on behalf of Creditor    The Bank of New York Mellon etal paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon, Et al. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Bayview Loan Servicing, LLC et. al. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com
          JILL MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
        chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        ;mary.raynor-paul@pkallc.com
          JILL MANUEL-COUGHLIN    on behalf of Creditor    The Bank Of New York Mellon, Et al.
        jill@pkallc.com,
        chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        ;mary.raynor-paul@pkallc.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank of New York Mellon etal paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bayview Loan Servicing LLC paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
        AS TRUSTEE (CWALT 2005-59) bkgroup@kmllawgroup.com
          KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
        as trustee, on behalf of the holders of the Alternative Loan Trust 2005-59, Mortgage
        Pass-Through Certificates, Series 2005-59 amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
        as trustee, on behalf of the holders of the Alternative Loan Trust 2005-76, Mortgage
        Pass-Through Certificates Series 2005-76 amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
        as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA19, Mortgage Pass
        Through Certificates Series 2006-OA19 amps@manleydeas.com
          MARIO J. HANYON    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    The Bank Of New York Mellon, Et al. paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon etal paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
        TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE  HOLDERS OF THE CWALT INC. ALTER-NATIVE LOAN TRUST
        2005-59, MORTGAGE PASS THROUGH CERTIFICATES, SERIE paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
        YORK, AS TRUSTEE (CWALT 2005-56) bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
        YORK, AS TRUSTEE (CWALT 2005-59) bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
        York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA19, Mortgage
        Pass Through Certificates Series 2006-OA19 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
        York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-59, Mortgage
        Pass-Through Certificates, Series 2005-59 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
        York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-76, Mortgage
        Pass-Through Certificates Series 2005-76 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          MICHAEL ADAM COHEN    on behalf of Debtor Dmitriy  Kozlov mcohen1@temple.edu
          NICOLE B. LABLETTA    on behalf of Creditor    Bayview Loan Servicing LLC nlabletta@pincuslaw.com,
        vbarber@pincuslaw.com
          NICOLE B. LABLETTA    on behalf of Creditor    Bayview Loan Servicing as Servicer for
        nlabletta@pincuslaw.com,   vbarber@pincuslaw.com
          RAYMOND M. KEMPINSKI    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE  BANK OF NEW
        YORK, AS TRUSTEE (CWALT 2005-59), ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
          RAYMOND M. KEMPINSKI    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The
        Bank of New York Mellon FKA the bank of New York, as Trustee for the Certificateholders of CWALT,
        Inc., Alternative Loan Trust 2005-76, Mortgage Pass-Th ecfmail@mwc-law.com,
        ecfmail@ecf.courtdrive.com

```
District/off: 0313-2           User: Stacey                 Page 4 of 4                  Date Rcvd: Jul 31, 2018
                               Form ID: pdf900              Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         RAYMOND M. KEMPINSKI    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the CWALT Inc. Alternative Loan Trust 2005-59, Mortgage Pass Through Certificates, Serie ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
         REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
         ROZALYN  LANDISBURG    on behalf of Debtor Dmitriy  Kozlov lrozalyn7345@yahoo.com, lawyer.mc@gmail.com
         STEPHEN M HLADIK    on behalf of     Bank of New York Mellon, fka The Bank of New York as Trustee on behalf of the holders of the Alternative Loan Trust 2005-56 Mortgage Pass-Through Certificates, Series 2005-56 shladik@hoflawgroup.com, debersole@hoflawgroup.com
         THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bayview Loan Servicing LLC paeb@fedphe.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC paeb@fedphe.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com

         TOTAL: 52

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dmitriy Kozlov | Chapter 13 |
| Debtor | Bankruptcy No. 14-14069-AMC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: July 31, 2018**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROZALYN LANDISBURG ESQ
2113 SNYDER AV

PHILADELPHIA, PA 19145-


Debtor:
Dmitriy Kozlov

749 Magee Avenue

Philadelphia, PA 19111